# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

ROGER W. TITUS                                                                                                                  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                                                               GREENBELT, MARYLAND 20770
                                                                                                                                                        301-344-0052

## M E M O R A N D U M

TO:       Clerk of the Court; Counsel of Record

FROM:   Judge Roger W. Titus

RE:       *USA v. Paulette Martin*
              Criminal Case No. RWT-04-235
              Civil Action No. RWT-12-1588

DATE:   January 3, 2014

* * * * * * * * *

     My chambers received on December 27, 2013, a letter from Defendant Paulette Martin dated December 21, 2013. The correspondence is attached to this Memorandum.

     The Defendant is reminded that all filings in this case must be sent directly to the Clerk's Office for docketing, and not sent directly to my chambers.

     In her correspondence, Defendant requests that this Court "not construe [her] . . . Crack Cocaine Offense motion as a 28 U.S.C. § 2255 and instead GRANT [her] 120 days to properly perfect a proper 28 U.S.C. § 2255 motion to be submitted to this Honorable Court."

     The Clerk is directed to docket the attached correspondence as a Motion for Leave of 120 Days to File a 28 U.S.C. § 2255 Motion.

     The Government is directed to respond to Defendant's Motion for Leave of 120 Days to File a 28 U.S.C. § 2255 Motion within 30 days of the date of this Order.

     Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly. The Clerk is also directed to mail a copy of this Memorandum Order to Defendant.

                                                                                                       /s/
                                                                                   _____
                                                                                   Roger W. Titus
                                                                                   United States District Judge