

U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution Aliceville
Post Office Box 445
Aliceville, Alabama 35442

November 12, 2015

Sapna Mirchandani, Public Defender
6411 Ivy Lane Suite 710
Greenbelt, MD   20770

Dear Ms. Mirchandani,

Paulette Martin has worked in the Education Department as an Education Tutor from October 3, 2013, to present. During this time, she has assisted the Education staff in providing the necessary tools needed to help motivate, inspire, and tutor other inmate students who are trying to achieve their General Equivalency Diploma (GED).  Paulette Martin is responsible for assisting over fifty inmates with completing and obtaining their GED.  She has always maintained a professional demeanor while at work and is a model inmate to others.

Paulette Martin shows a genuine concern for other inmate students' success.  She has been an asset to the Education Department during her arrival at FCI Aliceville.

Sincerely,

A. Washington-Adduci
Warden

