AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.
Paulette Martin

Case No: DKC-8-04-CR-00235-001
USM No: 38350-037

Date of Original Judgment: 12/19/2006
Date of Previous Amended Judgment: 11/19/2010
*(Use Date of Last Amended Judgment if Any)*

Sapna Mirchandani, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __life as to each of__ months **is reduced to** __360 months as to each of__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

counts 1, 8, 40, 56, 4, 10, 16, 55 & 62; forty-eight (48) months as to each of counts 3, 5, 7, 9, 11-13, 15, 17-24, 26-28, 30, 32, 35, 37, 39, 42, 44, 46-54, 57 & 58; and three hundred sixty months (360) as to each of counts 14, 25, 29, 31, 33, 36, 38, 43 & 45 (all counts to run concurrently)

counts 1, 8, 40, 56, 4, 10, 16, 55 & 62; forty-eight (48) months as to each of counts 3, 5, 7, 9, 11-13, 15, 17-24, 26-28, 30, 32, 35, 37, 39, 42, 44, 46-54, 57 & 58; and three hundred sixty months (360) as to each of counts 14, 25, 29, 31, 33, 36, 38, 43 & 45 (all counts to run concurrently).

Except as otherwise provided, all provisions of the judgment dated __11/19/2010__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Dec 5, 2019

Judge's signature: *Deborah K. Chasanow*

Effective Date: _____
*(if different from order date)*

Deborah K. Chasanow, United States District Judge
*Printed name and title*